SCANNED
DATE: 4-28-04
BY: CMS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CRIMINAL NO. 98-M-0131-LPC |
| ) | |
| JOHN DOE, a/k/a MIGUEL ) | |
| BURGOS, a/k/a MARCO ) | |
| PEREDES ) | |

## DISMISSAL OF COMPLAINT

The United States of America, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the complaint against defendant John Doe, a/k/a Miguel Burgos, a/k/a Marco Peredes. As grounds therefor, the government states that the defendant has never been arrested on this complaint, and has recently been discovered to be serving a lengthy state term of imprisonment in New Jersey, with a likely earliest parole date of 2017. Accordingly, further prosecution of the within complaint at this time would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Timothy Q. Feeley
TIMOTHY Q. FEELEY
Assistant U.S. Attorney
(617) 748-3172

April 27, 2004
Leave To File Granted:

/s/ Lawrence P. Cohen
LAWRENCE P. COHEN
United States Magistrate Judge
Date: 5/3/04