AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____ DISTRICT OF __MASSACHUSETTS_____

UNITED STATES OF AMERICA
V.

John Doe, a/k/a Miguel A. Burgos,
a/k/a Marco Peredes

## CRIMINAL COMPLAINT

CASE NUMBER:    98-M00131-LPC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about __September 8, 1997_____ in __Essex_____ county, in the

_____ District of ___Massachusetts_____ defendant(s) did, (Track Statutory Language of Offense)

did willfully and knowingly make a false statement on an application for a United States
Passport with the intent to induce or secure the issuance of a passport under the
authority of the United States, either for his use or the use of another

in violation of Title ____18_____ United States Code, Section(s) _____1542_____.

I further state that I am a(n) _Special Agent, Dept. of State_ and that this complaint is based on the following
                                        Official Title

facts:

See attached affidavit of Steven W. Iverson

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

Signature of Complainant  Steven W. Iverson

Sworn to before me and subscribed in my presence,

_December 28, 1958_____    at    Boston, Massachusetts
Date                                          City and State

LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

_____    Signature of Judicial Officer
Name & Title of Judicial Officer

## AFFIDAVIT OF STEVEN W. IVERSON

I, Steven W. Iverson, having been duly sworn, is hereby deposed and states as follows:

1.  I am a Special Agent of the United States Department of State, Diplomatic Security Service ("DSS") and have been so employed for twelve years, four months.  I am assigned to investigate persons who have provided or included false information on passport applications.

2.  On September 8, 1997, an individual using the name of Miguel A. Burgos, Social Security number 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, date and place of birth of May 14, 1957 in Rio Piedras, Puerto Rico, applied for a U.S. Passport at the main Lawrence Post Office, in Lawrence, Massachusetts (hereinafter, the "APPLICANT").  A copy of the application is attached hereto as Exhibit A.  As proof of citizenship, the APPLICANT presented a genuine Puerto Rican Birth Certificate in the name Miguel Angel Burgos Arnaiz, and a Massachusetts Drivers License number 854846335, as further proof of identity.  The drivers license also indicated that APPLICANT'S name was Miguel A. Burgos.  (A copy of the Birth Certificate is attached hereto as Exhibit B.)  As required, the APPLICANT submitted two current photos of himself with the application.

3.  The APPLICANT'S application contained several fraud indicators which were identified by Duncan Maitland, the Boston Passport Agency Fraud Coordinator.  Consequently, the application was referred to the Diplomatic Security Service's Boston Field

Office for investigation.

4.   The investigation revealed that the APPLICANT was arrested on February 5, 1991 by the Holyoke Police Department for Possession of Cocaine With Intent to Distribute Within 1000 Feet of a School Yard.   (A copy of the Holyoke Police Department's Booking Sheet is attached hereto as Exhibit C).   When arrested, the APPLICANT told Holyoke police his name was Marco Peredes, born on May 7, 1962 in the Dominican Republic.

5.   The investigation also revealed that officers of the Essex County Drug Task Force, Lawrence, Massachusetts arrested the APPLICANT on February 17, 1998 for Possession of Cocaine with Intent to Distribute Within 1000 Feet of a School Yard. (A copy of the Essex County Drug Task Force/Lawrence Police Department Booking Sheet is attached hereto as Exhibit D.)   The APPLICANT told Essex County Drug Task Force personnel, at the time of his arrest, he was Miguel Burgos, born on May 14, 1957 in the Dominican Republic.

6.   Federal Bureau of Investigation Fingerprint Analyst Shirley Martin classified the prints taken by Holyoke police in connection with the 1991 arrest and stated they were identical with FBI number 550-619FB3, which related to the APPLICANT'S 1998 Essex County Drug Force arrest. Mug shots taken by Holyoke and Lawrence Police Departments at the time of the above arrests have been reviewed by me and strongly resemble the photograph

2

submitted by the APPLICANT with his passport application. (A copy of the APPLICANT'S mug shot taken by the Holyoke Police Department is attached hereto as Exhibit E and a copy of the APPLICANT'S mug shot taken by the Lawrence Massachusetts Police Department is attached hereto as Exhibit F.)

7.    Based on the foregoing, I believe that probable cause exists to conclude JOHN DOE, a/k/a Miguel A. Burgos and Marco Peredes, having been born in the Dominican Republic, did willfully and knowingly make a false statement on an application for a U.S. Passport, under the authority of the United States, either for his own use or for the use of another, in violation of 18 U.S.C. §1542.

STEVEN W. IVERSON
Special Agent, Dept. of
State, Diplomatic Security
Service

Subscribed and sworn to before me this 28th day of December 1998.

LAWRENCE P. COHEN
United States Magistrate Judge

3

**Exhibit A**

APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION

SEE INSTRUCTIONS—TYPE OR PRINT IN WHITE AREAS

**1. NAME** FIRST NAME   MIDDLE NAME
Burgos   Miguel A A

LAST NAME   Miguel Miguel Burgos

102655394

**2. MAILING ADDRESS**

STREET   22 Carleton st apt 3

CITY, STATE, ZIP CODE   Methuen, Mass 01844-4306

COUNTRY   IN CARE OF

☐ 5 Yr. ☑ 10 Yr.   Issue Date _____
(R) D O DP
End. # _____   Exp. _____

**3. SEX**   Male ☐ Female   **4. PLACE OF BIRTH** City, State or Province, Country   Rio Piedras (Puerto Rico)   **5. DATE OF BIRTH** 05 / 14 / 57 Mo. Day Year   **6. SEE FEDERAL TAX LAW NOTICE ON REVERSE SIDE**   SOCIAL SECURITY NUMBER   581-81-61313

**7. HEIGHT** 5 8 Feet Inches   **8. COLOR OF HAIR** Black   **9. COLOR OF EYES** Black Brown   **10. (Area Code) HOME PHONE** 508-683-2449   **11. (Area Code) BUSINESS PHONE**

**12. PERMANENT ADDRESS** (Street, City, State, ZIP Code)   22 CARLETON ST   **13. OCCUPATION**

**14. FATHER'S NAME** Juan J Burgos   BIRTHPLACE Moroves PR   BIRTH DATE   U.S. CITIZEN ☑ YES ☐ NO

**16. TRAVEL PLANS** (Not Mandatory)   COUNTRIES DOM Rep   DEPARTURE DATE

**15. MOTHER'S MAIDEN NAME** Martha Arraiz   BIRTHPLACE Cicabo PR   BIRTH DATE   U.S. CITIZEN ☑ YES ☐ NO   LENGTH OF STAY

**17. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ YES ☑ NO   IF YES, SUBMIT PASSPORT IF AVAILABLE. ☐ Submitted
IF UNABLE TO SUBMIT MOST RECENT PASSPORT, STATE ITS DISPOSITION: COMPLETE NEXT LINE
NAME IN WHICH ISSUED   PASSPORT NUMBER   ISSUE DATE (Mo., Day, Yr.)   DISPOSITION  ARNAIZ

SUBMIT TWO RECENT IDENTICAL PHOTOS

**18. HAVE YOU EVER BEEN MARRIED?** ☐ YES ☑ NO   DATE OF MOST RECENT MARRIAGE   Mo. Day Year

WIDOWED/DIVORCED? ☐ YES ☑ NO   IF YES, GIVE DATE   Mo. Day Year

SPOUSE'S FULL BIRTH NAME   SPOUSE'S BIRTHPLACE

**19. IN CASE OF EMERGENCY, NOTIFY** (Person Not Traveling With You) (Not Mandatory)   **RELATIONSHIP**
FULL NAME   Carmen Paredes   friends
ADDRESS   44 union st LAWRENCE MA   (Area Code) PHONE NUMBER 508-683-5246

**20. TO BE COMPLETED BY AN APPLICANT WHO BECAME A CITIZEN THROUGH NATURALIZATION**
I IMMIGRATED TO THE U.S. (Month, Year)   I RESIDED CONTINUOUSLY IN THE U.S. From (Mo., Yr.) To (Mo., Yr.)   DATE NATURALIZED (Mo., Day, Yr.)   PLACE   X

**N UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH**

es citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

Subscribed and sworn (affirmed) before me
09 08 97 Month Day Year
Catherine Reading
(Signature of person authorized to accept application)

☐ Clerk of Court or
☐ PASSPORT Agent
☐ Postal Employee
☐ (Vice) Consul USA

Miguel A Burgoz
(Sign in presence of person authorized to accept application)

(SEAL) LAWRENCE MA MAIN OFFICE SEP 8 1997

LAWRENCE MA 01842-996

**22. APPLICANT'S IDENTIFYING DOCUMENTS** ☐ PASSPORT ☑ DRIVER'S LICENSE ☐ OTHER (Specify)   No. S84846335
ISSUE DATE   EXPIRATION DATE 05 14 01   PLACE OF ISSUE MA   ISSUED IN THE NAME OF Burgos Miguel A
Month Day Year   Month Day Year

**23. FOR ISSUING OFFICE USE ONLY** (Applicant's evidence of citizenship)
☑ Birth Cert.   SR   CR   City   Filed/Issued: 5/14/57 / 3/6/94
☐ Passport   Bearer's Name:
☐ Report of Birth   MIGUEL ANGEL BURGOS ARNAIZ
☐ Naturalization/Citizenship Cert.   No.:
☐ Other:
☐ Seen & Returned
☐ Attached

APPLICATION APPROVAL

Examiner Name

Office, Date

**24.** S65 MB   FEE _____   EXEC. _____   POST _____

FORM DSP-11 (12-87)   (SEE INSTRUCTIONS ON REVERSE)   Form Approved OMB No. 1405-0004 (Exp. 8/1/8

Case 3:11-cv-01313-JAG   Document 7   Filed 05/28/1000   Page 8 of 15



# ESTADO LIBRE ASOCIADO DE PUERTO RICO
## (COMMONWEALTH OF PUERTO RICO)



**DEPARTAMENTO DE SALUD**
(DEPARTMENT OF HEALTH)

**REGISTRO DEMOGRAFICO**
(DEMOGRAPHIC REGISTRY)

**CERTIFICACION DE NACIMIENTO**
(CERTIFICATION OF BIRTH)

NUMERO DE CERTIFICADO (CERTIFICATE NUMBER)
152-57-01744-000000-001203

NOMBRE DEL INSCRITO (NAME OF REGISTRANT)

MIGUEL ANGEL BURGOS ARNAIZ

DOMICILIO (DWELLING HOUSE)
RIO PIEDRAS, PUERTO RICO

FECHA NACIMIENTO (BIRTHDATE)      FECHA INSCRIPCION (REGISTRATION DATE)
14 MAY 1957                       22 MAY 1957

LUGAR NACIMIENTO (BIRTHPLACE)                      SEXO (SEX)
RIO PIEDRAS, PUERTO RICO                           M

NOMBRE DEL PADRE (FATHER'S NAME)                   EDAD (AGE)
JUAN J. BURGOS                                     32

LUGAR NACIMIENTO DEL PADRE (FATHER'S BIRTHPLACE)
MOROVIS, PUERTO RICO

NOMBRE DE LA  MADRE (MOTHER'S NAME)                EDAD (AGE)
MARTA ARNAIZ                                       19

LUGAR NACIMIENTO DE LA MADRE (MOTHER'S BIRTHPLACE)
GURABO, PUERTO RICO

FECHA EXPEDICION (DATE ISSUED)
06 MAR 1996

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ESTE ES UN ABSTRACTO DEL CERTIFICADO DE NACIMIENTO OFICIALMENTE INSCRITO EN EL REGISTRO DEMOGRAFICO DE PUERTO RICO BAJO LA AUTORIDAD CONFERIDA POR LA LEY 24 DEL 22 DE ABRIL DE 1931

THIS IS AN ABSTRACT OF THE RECORD FILED IN THE DEMOGRAPHIC REGISTRY OF PUERTO RICO ISSUED UNDER THE AUTHORITY OF LAW 24, APRIL 22, 1931





SECRETARIO DE SALUD
(SECRETARY OF HEALTH)

DIRECTOR REGISTRO DEMOGRAFICO
(STATE REGISTRAR)

**ADVERTENCIA: Cualquier alteración o borradura cancela ésta certificación.**

MOORE BUSINESS FORMS  c.1992

**WARNING: Any alteration or erasure voids this certification.**

**Exhibit C**

17589

17589

PRISONER'S NAME **PAREDES, MISES MAICO**     DATE **02-05-91**

AKA'S

PRESENT ADDRESS **517 E 100 ST. MANHATTTAN, N.Y.**

TELEPHONE NO. **12 - 740-5404**     MARRIED, SINGLE, WIDOW   **SINGLE**
WIDOWER, DIVORCED

FATHER'S FULL NAME **ELADIO  PAREDES**    COUNTRY OF BIRTH **D.R.**

MOTHER'S FULL NAME **JUANA  LOPEZ**    COUNTRY OF BIRTH **D.R.**

WIFE'S MAIDEN NAME    ADDRESS

HUSBAND'S FULL NAME    ADDRESS

CHILDREN'S NAMES AND AGES **RAFO 20 YRS.  OLD**

---

DESCRIPTION AGE **28**   DOB **05-07-62**    BIRTHPLACE **SANTO DOMINGO DOM. REP.**    RACE/SEX **HISP.**

HEIGHT **5-8**   WEIGHT **180**   HAIR **BLK,**    EYES **BROWN**   BUILD **HUSKY**

COMPLEXION **DARK**    CITIZEN **NO**    OCCUPATION **KITCHEN**

SSAN    PLACE OF EMPLOYMENT **RESTAURANT  IN N.Y. LU CASA RESTAURANT.**

OTHER INFORMATION SUCH AS MARKS, SCARS, TATTOOS, AMPUTATIONS, MOUSTACHE, BEARD, MISSING OR
IRREGULAR TEETH, BLINDNESS, EYE GLASSES, LEFT-HANDED, POSTURE, ACCENTS, HABITS OR ANY
PECULIARITIES, ACCENTS, ETC., WITH DATE OF ORIGIN IF KNOWN

    **burn right  ELBOW**

*POSS   CL B   COCAINE*
*CONSP  DIST  CL B*
*POSS  W/I  DIST CL B*
*POSS  CL B  W/I  DIST*
*1,000' SCHOOL*

DATE OF ARREST **02-05091**    CHARGE(S) **NARCOTICS,  FIREARMS CHARGES**
*POSS  HANDGUN  W/O*
*LICENSE*

DISPOSITION    *POSS  HANDGUN  W/O F.*
*AMMO*

DOES PRISONER ADMIT PREVIOUS ARREST? _____ IF SO GIVE DATES, PLACES, CHARGES AND PRISON I

NUMBERS AS ADMITTED

MBI NUMBER _____ FBI NUMBER _____

HPD FORM 5.38 (OCT 84)    HOLYOKE POLICE DEPARTMENT
IDENTIFICATION DATA RECORD

## Booking Report

Number: 98002374            I.D. # 27254

of Arrest: 2-17-98                Time of Booking: 19:50

ation of Arrest: BROADWAY / ACTON ST.

sting Officer(s): STATE POLICE (GANG UNIT) RILEY

| Name: | BURGOS | First: | MIGUEL | M.I.: |
|---|---|---|---|---|
| Last: | | First: | | M.I.: |
| Last: | | First: | | M.I.: |

| B.: 5/14/57 | Age: 40 | SS No: 584 54 6335 | A/J: J. |
|---|---|---|---|

| et No.: #4 ? | Street Name: MAIN ST. |
|---|---|
| SPRINGFIELD | State: MASS | Zip Code: |

| M | Hgt.: 5'8" | Wgt.: | Race: C | Eth.: |
|---|---|---|---|---|
| BRN | Eyes: BRN | Bld.: LG | | Skin: DK. |

rs, Marks, Tatoos: SCAR on ABDOMIN

otos? (Y/N)                Fingerprints? (Y/N) N

ce Of Birth: D R          Occupation: UNEMPLOYED

ther's Name: JOHN        Mother's Name: MARTHA

harges: POSS B w/i SCHOOL ZONE

**Right Thumbprint**

## ail/Release Data:

| I Set by: | Amount: |
|---|---|
| led by/Released to: | Date/Time Released/Transferred: |

**Exhibit E**

**Exhibit F**

