AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

—————————— DISTRICT OF —————— MASSACHUSETTS ————————

UNITED STATES OF AMERICA
V.

John Doe, a/k/a Miguel A. Burgos,
a/k/a Marco Peredes

### WARRANT FOR ARREST

CASE NUMBER: 98-M00131-LPC

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>John Doe, a/k/a Miguel A. Burgos, a/k/a Marco</u>
                                                   Name                      Peredes

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)  passport application fraud

in violation of Title _____18_____ United States Code, Section(s) _____1542_____

LAWRENCE P. COHEN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

December 29, 1998  Boston, MA
Date and Location

Bail fixed at $ _____  by_____
                                                            Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

2005 Dismissal of Complaint.